| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Julie Dalton<br>　　　　Plaintiff,<br><br>v.<br><br>Cole Haan Company Store, LLC<br>　　　　Defendant, | Court File Number<br>0:24-cv-04247-DSD-TNL<br><br>AFFIDAVIT OF SERVICE |

State of New Hampshire } SS
County of Rockingham

I, **David E McGrath**, state that on
　(Name of Server)

**12** / **05** /2024 at **1** : **56** **P**.M, I served the:
(Date of Service)　　　　(Time of Service)

Summons, Complaint and Civil Cover Sheet

upon: Cole Haan Company Store, LLC

therein named, personally at: 　150 Ocean Road
　　　　　　　　　　　　　　　　Greenland, NH 03840

by handing to and leaving with:

[X] the Registered Agent of Cole Haan Company Store, LLC
[ ] an Officer of Cole Haan Company Store, LLC

**Ryan Scott**　　　　　　　　　　　　　**Authorized Person**
(Name of the Person with whom the documents were left)　　(Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　Dated: **12** / **5** /2024　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Server)

　　　　　　　　　　　　　　　　　　　　　　　　　**David E McGrath**
　　　　　　　　　　　　　　　　　　　　　　　　　(Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # THR 308363 1106

Re: Dalton v. Cole Haan Compa



**METRO LEGAL**
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com