UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Cole Haan Company Store, LLC,<br><br>Defendant. | Civil Case No.: 24-cv-04247(DSD/DLM)<br><br>NOTICE OF DISMISSAL<br>WITH PREJUDICE |

Plaintiff, Julie Dalton by her undersigned counsel hereby dismisses the above-entitled action with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) without costs or fees to any party.

Dated: April 29, 2025

THRONDSET MICHENFELDER, LLC

By: */s/Chad A. Throndset*
Chad A. Throndset (#0261191)
Patrick W. Michenfelder (#024207X)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: pat@throndsetlaw.com
Email: chad@throndsetlaw.com
Email: jason@throndsetlaw.com
*Attorneys for Plaintiff*